

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: P. Kevin Brobson

PA Bar ID: 76693

Firm Name: Buchanan Ingersoll

Address: 213 Market Street, Third Floor
         Harrisburg, PA 17101

Phone: 717-237-4800

Signature: [signature]

Date: March 15, 2002

FILED
SCRANTON
MAR 15 2002
PER _____
DEPUTY CLERK

FAX NUMBER DEDICATED FOR NOTICE: 71-233-0852

E-MAIL ADDRESS DEDICATED FOR NOTICE: brobsonpk@bipc.com

(Note: e-mail feature will not be available until Spring 2002)

Mail, fax or e-mail this authorization to:   Clerk, U.S. District Court
                                             William J. Nealon Federal Building & U.S. Courthouse
                                             235 North Washington Avenue
                                             P.O. Box 1148
                                             Scranton, PA 18501-1148

Fax (570) 207-5650           E-Mail: *mdpacourt @ pamd.uscourts.gov*

Please file only one authorization form. It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.

---

[1] February 1, 2002 - Social Security Cases and Criminal Cases are not included in the Middle District's progam at this time, but may be included in the future.